# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00045-CV

**Stephen Shamel and Grace Shamel, Appellants**

**v.**

**Clauklin LLC and Capital City Relocation LLC, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-011648, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Stephen Shamel and Grace Shamel have filed Appellants' Unopposed Motion for Dismissal of Appeal stating that they no longer wish to continue to pursue this appeal. They certify that appellees' counsel is unopposed to the filing of this motion. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellants' Motion

Filed:   June 20, 2013